# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Grady, Liam | USDC- EDVA | 05/15/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active United States District Judge | ☐ Nomination  Date<br>☐ Initial  ✔ Annual  ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2018<br>**to**<br>12/31/2018 |

**7. Chambers or Office Address**

401 Courthouse Square
Alexandria, Virginia 22314

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Suntrust Money Market | A | Interest | K | T | | | | | |
| 2.   Suntrust IRA | A | Interest | J | T | | | | | |
| 3.   Wells Fargo IRA | A | Interest | J | T | | | | | |
| 4.   Brokerage Account #1 (Nos. 5 through 92) (H) | | | | | | | | | |
| 5.   - Visa Incorporated | A | Dividend | J | T | | | | | |
| 6.   - Duke Energy Corporation | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 7.   - Amphenol Corp. | A | Dividend | J | T | | | | | |
| 8.   - Aflac Inc Stock | A | Dividend | K | T | | | | | |
| 9.   - Abbott Labs Stock | A | Dividend | K | T | Sold (part) | 07/05/18 | J | A | |
| 10.   - Boeing Co. Stock | A | Dividend | J | T | Sold (part) | 06/05/18 | J | B | |
| 11.   - Air Products & Chemicals, Inc | | None | J | T | Buy | 12/13/18 | J | | |
| 12.   - D. R. Horton, Inc. | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 13.   - Apple Incorporated | A | Dividend | J | T | Sold (part) | 09/17/18 | J | B | |
| 14.   - ADP, Inc. | A | Dividend | J | T | Sold (part) | 07/05/18 | J | B | |
| 15.   - AT&T | A | Dividend | J | T | | | | | |
| 16.   - Bemis, Incorporated | A | Dividend | J | T | | | | | |
| 17.   - American Express | A | Dividend | J | T | Sold (part) | 12/13/18 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Colgate Palmolive Company | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 19.  - American Express Bank Cash Account | A | Interest | J | T | | | | | |
| 20.  - Raymond James Bank Cash Account | A | Interest | J | T | | | | | |
| 21.  - Exxon Mobil Stock | A | Dividend | J | T | | | | | |
| 22.  - Nextera Energey Inc. | A | Dividend | J | T | Sold (part) | 12/13/18 | J | C | |
| 23.  - Facebook, Inc. | | None | J | T | | | | | |
| 24.  - Cognizant Technology | | None | J | T | Sold (part) | 07/05/18 | J | C | |
| 25.  - Cerner Corporation | A | Dividend | K | T | | | | | |
| 26.  - Dominion Energy | A | Dividend | | | Sold | 06/05/18 | J | C | |
| 27.  - Factset Research Systems, Inc. | A | Dividend | J | T | Sold (part) | 09/17/18 | J | B | |
| 28.  - General MLS Inc. | A | Dividend | J | T | | | | | |
| 29.  - Fiserv Incorporated | A | Dividend | K | T | | | | | |
| 30.  - Lowes Companies | A | Dividend | K | T | Buy | 03/08/18 | K | | |
| 31.  - Sherwin Williams Corp. | A | Dividend | J | T | | | | | |
| 32.  - IBM Stock | A | Dividend | J | T | | | | | |
| 33.  - Becton Dickinson Corp. | A | Dividend | J | T | | | | | |
| 34.  - Johnson & Johnson Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Grady, Liam** | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Chevron Corporation | A | Dividend | J | T | | | | | |
| 36. - CVS Health Corporation | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 37. - WW Grainger Stock | A | Dividend | J | T | Sold (part) | 03/08/18 | J | C | |
| 38. | | | | | Sold (part) | 07/05/18 | J | C | |
| 39. - Nike, Inc., Class B | A | Dividend | J | T | Sold (part) | 07/05/18 | J | C | |
| 40. - Celgene Corp Stock | | None | | | Sold | 12/13/18 | J | A | |
| 41. - Mettler Toledo, Intl. | | None | J | T | | | | | |
| 42. - Snap-On Incorporated | A | Dividend | | | Sold | 06/05/18 | J | A | |
| 43. - Genuine Parts Company | A | Dividend | J | T | | | | | |
| 44. - Illinois Tool Works Stock | A | Dividend | J | T | | | | | |
| 45. - Amazon.com | | None | J | T | Sold (part) | 03/08/18 | J | C | |
| 46. | | | | | Sold (part) | 06/05/18 | J | C | |
| 47. - Walt Disney Company | A | Dividend | J | T | | | | | |
| 48. - Pepsico Stock | A | Dividend | J | T | | | | | |
| 49. - Ecolab, Inc. | A | Dividend | K | T | Sold (part) | 09/17/18 | J | A | |
| 50. - Schlumberger Stock | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 51. - Stryker Stock | A | Dividend | J | T | Sold (part) | 06/05/18 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Royal Dutch Shell | A | Dividend | J | T | | | | | |
| 53. - Edwards Lifesciences Corp. | | None | K | T | Sold (part) | 03/08/18 | J | C | |
| 54. | | | | | Sold (part) | 07/05/18 | J | B | |
| 55. - Wal-Mart Stock | A | Dividend | K | T | | | | | |
| 56. - Amerisourcebergen | A | Dividend | J | T | | | | | |
| 57. - Ball Corporation | A | Dividend | J | T | | | | | |
| 58. - Danaher Corp. Stock | A | Dividend | J | T | | | | | |
| 59. - Booking Holding, Inc. (formerly Priceline, Inc.) | | None | J | T | | | | | |
| 60. - Concoco Phillips | A | Dividend | J | T | Sold (part) | 07/05/18 | J | B | |
| 61. - Idexx Labs Inc. | | None | J | T | Sold (part) | 03/08/18 | J | B | |
| 62. | | | | | Sold (part) | 07/05/18 | J | B | |
| 63. - Home Depot | A | Dividend | K | T | Sold (part) | 07/05/18 | J | B | |
| 64. - United Technologies Stock | A | Dividend | J | T | | | | | |
| 65. - Costco Wholesale Stock | A | Dividend | J | T | Sold (part) | 07/05/18 | J | B | |
| 66. - Amgen Stock | A | Dividend | J | T | | | | | |
| 67. - Cigna Corp (formerly Express Scripts, Inc.) | | None | J | T | Sold (part) | 12/20/18 | J | D | |
| 68. - Microsoft Corporation | A | Dividend | J | T | Sold (part) | 07/05/18 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g , div , rent, or int ) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g , buy, sell, redemption) | D (2) Date mm/dd/yy | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. - Oracle Corp. | A | Dividend | J | T | | | | | |
| 70. - Proctor & Gamble Stock | A | Dividend | J | T | | | | | |
| 71. - Church & Dwight | A | Dividend | J | T | Sold (part) | 12/13/18 | J | B | |
| 72. - Clorox Company | A | Dividend | J | T | | | | | |
| 73. - Walgreen Stock | A | Dividend | J | T | Buy (add'l) | 03/08/18 | J | | |
| 74. - McDonalds Corporation Stock | A | Dividend | K | T | | | | | |
| 75. - Emerson Electric Stock | A | Dividend | J | T | | | | | |
| 76. - Fastenal Company | A | Dividend | K | T | | | | | |
| 77. - 3M | A | Dividend | J | T | | | | | |
| 78. - Alphabet Inc. | | None | J | T | Sold (part) | 09/17/18 | J | B | |
| 79. - JP Morgan Chase Stock | A | Dividend | J | T | | | | | |
| 80. - Mastercard, Inc. | A | Dividend | K | T | Buy | 06/05/18 | K | | |
| 81. - Vulcan Materials Company | A | Dividend | J | T | Buy | 03/08/18 | J | | |
| 82. - Linde PLC, (formerly Praxair, Incorporated) | A | Dividend | K | T | | | | | |
| 83. - Verizon, Inc. | A | Dividend | K | T | | | | | |
| 84. - Roper Technologies | A | Dividend | J | T | Sold (part) | 07/05/18 | J | B | |
| 85. - Thermo Fisher Scientific Inc. | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 86.   - O'Reilly Automotive | | None | J | T | Sold (part) | 09/17/18 | J | C | |
| 87.   - Lockheed Martin Corp. | A | Dividend | K | T | | | | | |
| 88.   - Checkpoint Software | | None | K | T | Buy | 06/05/18 | J | | |
| 89.   - Honeywell Intl Stock | A | Dividend | J | T | | | | | |
| 90.   - Henry Schein Incorporated | | None | J | T | | | | | |
| 91.   - Southern Company | A | Dividend | | | Sold | 03/08/18 | J | A | |
| 92.   - Varian Med Systems, Inc. | | None | J | T | Sold (part) | 06/15/18 | J | A | |
| 93.   Jefferson Pilot Ins. Policy | A | Interest | J | W | | | | | |
| 94.   Dreyfus Prem Worldwide Stock | A | Dividend | J | T | | | | | |
| 95.   Trust No. 1 (items 96 through 115) (H) | | | | | | | | | |
| 96.   - Artisan Mid Cap Fund | B | Dividend | J | T | Sold (part) | 06/19/18 | J | A | |
| 97.   - Baron Emerging Markets Inst. | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 98.   - Diamond Hill Lg Cap Fund | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |
| 99.   - Fidelity Advisor Int Municipal Income Fund | C | Dividend | | | Sold | 02/13/18 | M | A | |
| 100.   - Fidelity Tax Free Bond Fund | B | Dividend | L | T | Buy | 02/13/18 | L | | |
| 101. | | | | | Buy (add'l) | 06/19/18 | J | | |
| 102.   - Vanguard 500 Index Admir Fund | A | Dividend | K | T | Buy (add'l) | 06/19/18 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. - Victory R S Small Cap Growth Fund | A | Dividend | J | T | Sold<br>(part) | 06/19/18 | J | A | |
| 104. - Thornburg Ltd Term Muni Fund | A | Dividend | | | Sold | 02/13/18 | K | B | |
| 105. - Prudential QMA Small Cap Value Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 106. - Invesco Int'l. Growth Fd. | A | Dividend | J | T | Sold<br>(part) | 06/19/18 | J | B | |
| 107. - BMO Funds Inc BMO INTRTX INST | B | Dividend | L | T | Buy | 02/13/18 | L | | |
| 108. | | | | | Buy<br>(add'l) | 06/19/18 | J | | |
| 109. - JP Morgan Mid-Cap Value Fd. | A | Dividend | J | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 110. - Advisors Int Tr Jsohcm Intl SI | A | Dividend | K | T | Sold<br>(part) | 06/19/18 | J | B | |
| 111. - Regions Trust Cash Sweep | A | Interest | J | T | | | | | |
| 112. - Life Insurance Madison Life (formerly<br>Dixie National) | | None | J | U | | | | | |
| 113. - Life Insurance Liberty National | | None | J | U | | | | | |
| 114. - Natixis Loomis Sayles Growth | A | Dividend | K | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 115. - MFS Municipal High Income Fund | A | Dividend | J | T | Buy<br>(add'l) | 06/19/18 | J | | |
| 116. Burke & Herbert Cking/ Money Market | A | Interest | J | T | | | | | |
| 117. United Security Bancshares - Stock | A | Dividend | L | T | | | | | |
| 118. Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |
| 119. Burke & Herbert 529 Plan - cash | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. IRA - PNC Financial Services | A | Interest | J | T | | | | | |
| 121. Undivided Int. Timberland Choctaw County, AL | G | Rent | P1 | W | | | | | |
| 122. Undivided Int Timberland Wayne County, MS | C | Rent | M | W | | | | | |
| 123. Undivided Mineral Interest Choctaw County, AL | E | Royalty | L | W | | | | | |
| 124. Undivided Mineral Interest Clark & Wayne County, MS | C | Royalty | L | W | | | | | |
| 125. Undivided Mineral interest Mobile County, AL | A | Royalty | J | W | | | | | |
| 126. McPhearson Land & Timber Company, LLC | F | Dividend | P1 | W | | | | | |
| 127. IRA - Merrill Lynch (128-145) (H) | | | | | | | | | |
| 128. - Fidelity Advisor New Insights | D | Dividend | K | T | | | | | |
| 129. - Invesco Diversified Divided | A | Dividend | K | T | | | | | |
| 130. - Delaware Small Cap Core Fund | A | Dividend | J | T | | | | | |
| 131. - Oakmark Intl. Fund | A | Dividend | J | T | | | | | |
| 132. - Cohen & Stears Real Estate Fund | A | Dividend | J | T | Buy | 05/08/18 | K | | |
| 133. - Neuberger Berman Strategic Income Fund | B | Dividend | K | T | | | | | |
| 134. - Prudential Total Return Bond Fund | A | Dividend | | | Sold | 09/03/18 | K | | |
| 135. - Virtus Ridgeworth Seix Floating Rate HI | B | Dividend | K | T | | | | | |
| 136. - JP Morgan Mid Cap | B | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.  - Matthews Asia Divided | A | Dividend | J | T | | | | | |
| 138.  - Franklin Conv. Sec. Fund | A | Dividend | K | T | | | | | |
| 139.  - Bank of America Cash Account | A | Interest | J | T | | | | | |
| 140.  - MFS Utilities Fund | A | Dividend | K | T | Buy | 05/08/18 | K | | |
| 141.  - J. P. Morgan Strategic Opp. Fund | A | Dividend | K | T | Buy | 09/03/18 | K | | |
| 142.  - First Eagle Global Class | B | Dividend | K | T | | | | | |
| 143.  - Prudential Short Term Corp. Bond Fund | A | Dividend | K | T | | | | | |
| 144.  - Vanguard REIT ETF | A | Dividend | | | Sold | 05/08/18 | J | | |
| 145.  - Vanguard Utilities ETF | A | Dividend | | | Sold | 05/08/18 | K | | |
| 146. UTMA Merrill Lynch #1 (H) | | | | | | | | | |
| 147.  - Invesco Diversified Dividend Fund | A | Dividend | J | T | Sold<br>(part) | 09/17/18 | J | | |
| 148.  - Pioneer Fundamental Growth Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |
| 149. UTMA Merrill Lynch #2 (H) | | | | | | | | | |
| 150.  - Invesco Diversified Dividend Fund | A | Dividend | J | T | Sold<br>(part) | 09/17/18 | J | | |
| 151.  - Pioneer Fundamental Growth Fund | A | Dividend | J | T | Buy | 09/17/18 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Grady, Liam | 05/15/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liam O'Grady**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544